

February 23, 2022

**VIA CM/ECF**
Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Ganiev v. Flatbush Discount Liquors, Inc., et al.*, 22-CV-607(RPK)(RML)

Dear Honorable Judge Levy:

    This firm represents Defendants Flatbush Discount Liquors, Inc., E & F Liquors, Inc., Yefim Rzhishchev, Alexandra Nevelev, and Laura Drannik (collectively, "Defendants") in the above-referenced action. Defendants write to respectfully request that Defendants' time to Answer, Move or Otherwise Respond to Plaintiff's Complaint be extended from February 25, 2022, to March 11, 2022. The reason for this request is that counsel for Defendants was retained in this matter only a few days ago and requires more time to familiarize themselves with the facts of the case. Counsel for Plaintiff has consented to this extension, and this is Defendants' first request for such an extension.

    If any more information is required, or if Your Honor wishes to discuss this matter further, we remain at the Court's disposal.

    Respectfully,

    _/s/ Irene Sinayskaya (IS5002)_
Irene Sinayskaya, Esq.
SINAYSKAYA YUNIVER, P.C.
710 Avenue U
Brooklyn, NY 11223
t: (718) 402-2240
f: (718) 305-4571
e: Irene@sypcl.com