**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Ulugbek Ganiev, *on behalf of himself and others*
*similarly situated in the proposed FLSA*
*Collective Action,*

                                       *Plaintiff,*

                  - against -

Flatbush Discount Liquors Inc., E & F Discount
Liquors, Inc., Yefim Rzhishchev (a/k/a Jeff
Rzhishchev), Alexandra Nevelev, and Laura
Drannik,

                               *Defendants.*
-------------------------------------------------------------X

Case No.: 1:22-cv-00607

**NOTICE OF ACCEPTANCE OF**
**OFFER OF JUDGMENT**
**PURSUANT TO**
**FED.R.CIV.P. 68**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."),

Defendants Flatbush Discount Liquors Inc., E & F Discount Liquors, Inc. (the "Corporate

Defendants"), Yefim Rzhishchev (a/k/a Jeff Rzhishchev) ("Rzhishchev"), Alexandra Nevelev

("Nevelev"), and Laura Drannik ("Drannik", and together with Rzhishchev and Nevelev, the

"Individual Defendants", and collectively with the Corporate Defendants, the "Defendants"),

having offered to allow Plaintiff Ulugbek Ganiev ("Plaintiff") to take a judgment against the

Defendants in this action for the total sum of Twenty-Nine Thousand Nine Hundred and Sixty-

One Dollars and Forty One Cents ($29,961.41), inclusive of reasonable attorney's fees, costs,

and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the

facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit**

**"A"**;

      NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of

Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.