UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Ulugbek Ganiev, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff*,

      - against -

Flatbush Discount Liquors Inc., E & F Discount Liquors, Inc., Yefim Rzhishchev (a/k/a Jeff Rzhishchev), Alexandra Nevelev, and Laura Drannik,

                              *Defendants*.
------------------------------------------------------------X

Case No.: 1:22-cv-00607

**FED.R.CIV.P. 68 JUDGMENT**

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Flatbush Discount Liquors Inc., E & F Discount Liquors, Inc. (the "Corporate Defendants"), Yefim Rzhishchev (a/k/a Jeff Rzhishchev) ("Rzhishchev"), Alexandra Nevelev ("Nevelev"), and Laura Drannik ("Drannik", and together with Rzhishchev and Nevelev, the "Individual Defendants", and collectively with the Corporate Defendants, the "Defendants"), having offered to allow Plaintiff Ulugbek Ganiev ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Twenty-Nine Thousand Nine Hundred and Sixty-One Dollars and Forty One Cents ($29,961.41), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $29,961.41 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____March 10_____, 2022
       New York, New York

                                              SO ORDERED:

                                              _____/s/ Rachel P. Kovner_____
                                              Hon. Judge
                                              Rachel P. Kovner